## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

**ELEANOR PATRICE WOODS,**
    Plaintiff,

v.

**WALMART SUPERCENTER,**
    Defendant.

**Case No. 4:24-cv-273-CLM**

## MEMORANDUM OPINION

Pro se plaintiff Eleanor Patrice Woods sues Walmart Supercenter for employment discrimination. (Doc. 10). Woods also moves for leave to proceed *in forma pauperis* ("IFP"). (Docs. 2, 7). The court screened Woods' documents under 28 U.S.C. § 1915(e), outlined the pleading deficiencies in her complaint, and ordered Woods to file an amended complaint on or before January 3, 2026. (Doc. 11). The court also deferred ruling on Woods' amended motion to proceed *in forma pauperis* pending the filing of Woods' amended complaint.

The court's order warned that if "Woods fails to timely file an amended complaint or adequately address the pleading deficiencies that the court has identified, the court **will dismiss** this case under 28 U.S.C. § 1915(e)." (Doc. 11). Woods failed to amend her complaint by the court's deadline. So the court **DISMISSES** Woods' complaint **WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e). Accordingly, Woods' amended motion to proceed IFP, (doc. 7), is **DENIED AS MOOT**. The court will enter a separate order consistent with this memorandum opinion that closes this case.

The court **DIRECTS** the Clerk of Court to mail a copy of this order to Woods at her address of record.

**DONE** and **ORDERED** on January 6, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE